**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)** | **MDL DOCKET NO. 875** |
| JOHN DELATTE, and REBA DELATTE, his wife, | |
| Plaintiffs, | Civil Action No. 2:09-cv-69578-ER |
| v. | *Transferred from:* |
| A. W. CHESTERTON, INC., et al., | *U.S. District Court for the Northern District of Florida, Civil Action No. 0:08-CV-00206-SPM-AK* |
| Defendants. _____/ | |

## ADMINISTRATIVE ORDER NO. 12 INFORMATION REPORT

Plaintiff JOHN DELATTE, pursuant to Administrative Order No. 12 of MDL 875, as amended effective August 27, 2009, hereby files the following Information Report and states:

1. **Identification Information:**

    a. Name: John Delatte
       Date of birth: 03/12/1938
       Last four digits of SS#: XXX-XX-4797
       Status of Plaintiff: Asbestos-related injury victim

    b. Name: Reba Delatte
       Date of birth: 06/08/1937
       Last four digits of SS#: XXX-XX-3031
       Status of Plaintiff: Wife of asbestos-related victim

2. **Submission of Related Court Actions:**

    a. None

3. **Submission of Statement of Case Status:**

    a. **Defendants with whom Plaintiff has achieved resolution:**

        i. BABCOCK & WILCOX COMPANY, INC.
        ii. COMBUSTION ENGINEERING, INC.
        iii. EAGLE-PICHER INDUSTRIES, INC.

      iv. GENERAL ELECTRIC COMPANY
      v. OWENS-CORNING FIBERGLAS CORPORATION
      vi. PNEUMO ABEX, LLC A SUCCESSOR-IN-INTEREST PNEUMO ABEX CORPORATION
      vii. SMITHS AEROSPACE, LLC.

**b. Defendants Plaintiff now wish to dismiss from the action:**

      i. None

**c. Remaining Defendants currently in bankruptcy:**

      i. None

**d. Non-bankrupt unsettled Defendants other than those mentioned above:**

      i. A.W. CHESTERTON COMPANY
      ii. ALFA LAVAL INC., f/k/a DELAVAL INC.
      iii. BUFFALO PUMPS, INC.
      iv. CARRIER CORPORATION
      v. CRANE CO., Individually and as Successor to CHAPMAN VALVE MFG., CO
      vi. CURTISS-WRIGHT CORPORATION
      vii. EATON AEROSPACE, LLC., f/k/a EATON AEROQUIP, INC.
      viii. ELLIOTT TURBOMACHINERY CO., INC.
      ix. FOSTER WHEELER ENERGY CORPORATION, f/k/a FOSTER WHEELER CORPORATION
      x. GARLOCK SEALING TECHNOLOGY, f/k/a GARLOCK, INC.
      xi. GENERAL MOTORS CORPORATION
      xii. GOODRICH CORPORATION, f/k/a THE B.F. GOODRICH COMPANY
      xiii. THE GOODYEAR TIRE AND RUBBER COMPANY
      xiv. GOULDS PUMPS
      xv. HENNESSY INDUSTRIES
      xvi. HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, as Successor-in-interest to ALLIED CORPORATION, as Successor-in-interest to THE BENDIX CORPORATION
      xvii. IMO INDUSTRIES, INC.
      xviii. INGERSOLL-RAND COMPANY
      xix. JOHN CRANE
      xx. LESLIE CONTROLS, INC.
      xxi. MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION, f/k/a AIRCRAFT BRAKING SYSTEMS CORPORATION
      xxii. OWENS-ILLINOIS, INC.
      xxiii. PARKER-HANNIFAN CORPORATION, as Successor-in-interest to CLEVELAND WHEELS & BRAKES
      xxiv. PNEUMO ABEX, LLC., as Successor-in-interest to PNEUMO ABEX CORPORATION

  xxv. VIACOM, INC., successor to CBS CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION (Individually and as Successor to B.F. STURTEVANT, CO.)
  xxvi. VIAD CORPORATION, f/k/a THE DIAL CORPORATION, Individually and as Successor to GRISCOM RUSSELL COMPANY
  xxvii. WARREN PUMPS, LLC, Individually and as Successor to QUIMBY PUMP COMPANY
  xxviii. YARWAY CORPORATION

**4. Submission of Medical Reports:**

 a. Medical opinion reflecting diagnosis of asbestosis and pleural disease is attached.

**5. Alternative Plaintiff Submissions:**

 a. None

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of March, 2010, a true and correct copy of the foregoing has been electronically filed with the Court and served on Counsel of Record via CM/ECF.

    Respectfully submitted,

    ____/s_____
    JORDAN M. KIRBY, ESQ.
    Florida Bar No. 67217
    THE FERRARO LAW FIRM, P.A
    4000 Ponce De Leon Boulevard, Suite # 700
    Telephone: (305) 375-0111
    Fax: (305) 379-6222
    Email: jmk@ferrarolaw.com
    *Attorneys for Plaintiff*